UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE DAVID BURKS II, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GEM SHOPPING NETWORK, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-01952-SCJ<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on a Joint Motion for Review and Approval of the Parties' Settlement Agreement and Full and Final Release of All Claims. The Court finds that Plaintiff's claims include disputes over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Upon review of the proposed Settlement Agreement, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Review and Approval of Settlement Agreement and Full and Final Release of All Claims is **GRANTED**.

2. The Parties' Settlement Agreement and Full and Final Release of All Claims is **APPROVED**.

3. The Court shall retain jurisdiction over this matter until all payments have been made as set forth in the Agreement and incorporates the Agreement into its Order granting this Motion.

IT IS SO ORDERED, this the 28th day of  September  2018.

 s/Steve C. Jones
Honorable Steve C. Jones
United States District Judge